AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
At Albuquerque NM
NOV 18 2015
MATTHEW J. DYKMAN
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Isaiah Alexander DOB 09/1996 | ) | Case No. 15-MJ-4026 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 16, 2015__ in the county of __Bernalillo__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

B. Specht U.S. Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/18/15

_____
Judge's signature

City and state:      Albuquerque, NM          United States Magistrate Judge William P. Lynch
Printed name and title

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | ) | |
| | ) | SS |
| DISTRICT OF NEW MEXICO | ) | |

I, Brad Specht, having been duly sworn, hereby depose and state as follows:

1. I am a duly authorized Postal Inspector with the United States Postal Inspection Service and have been so employed since February 2012. I am currently assigned to the US Postal Inspection Service, Phoenix Division, Albuquerque, New Mexico Domicile.
2. This affidavit is made in support of a complaint against Isaiah Alexander, in connection with an investigation into violations of the following federal criminal statute: Title 18, United States Code, Section 111, assaulting, resisting, or impeding certain officers or employees. This affidavit does not contain all information known me; rather, it contains information necessary to establish probable cause for the violations charged.
3. On November 16, 2015, I was contacted by a U.S.P.S. Manager who stated a letter carrier was shot at while in his postal service vehicle on his delivery route. The Manager stated the carrier was not hurt in the incident and was at his home post office, Highland Station, located at 111 Alvarado Dr SE Albuquerque, NM 87108.
4. I arrived at the post office and met with U.S.P.S. Letter Carrier E. H. hereinafter referred to as the victim. The victim stated the following to Inspector R. Calvert and I:
    a.     He had just finished delivering mail at the 800 block of San Pedro when he pulled into the parking lot of 901 San Pedro Dr SE Albuquerque, NM. He stated he exited his vehicle to deliver mail to the business when a white BMW pulled up beside him. He stated the vehicle was driven by a Hispanic female, petite build, hereinafter referred to as the driver and an African American male, light skinned, light facial hair, mid to late 20's, short dark curly hair, possibly wearing a black shirt was sitting in the front passenger seat, hereinafter referred to as the suspect. The suspect stated something to the effect of "don't get shot while you're working." The victim stated he did not say anything to the suspect, returned to his postal vehicle and called 911. The victim stated this occurred at approximately 11:02 AM on November 16, 2015. The victim stated he followed the suspect vehicle from a distance north bound on San Pedro from Kathryn. The victim stated he pulled beside the white BMW on the left-hand side of the vehicle which was stopped at the intersection of Zuni and San Pedro while he was on the phone with the 911 operator. At that time the victim stated the suspect pointed a firearm at him in his vehicle over the top of the BMW and fired between four and six rounds at him. The victim stated he immediately left the area and returned to the Highland Station. The victim stated he had never seen the male or female before. The victim stated the firearm was black in color and possibly a 40 caliber. The victim stated he is familiar with firearms and does own several firearms himself. The victim stated he was able to provide the 911 operator with the license plate of the BMW.
5. I spoke with Albuquerque Police Department (APD) Officer Fisher who provided me with New Mexico License Plate number 588 PMX as the license plate for the white BMW.
6. Albuquerque Police Department's Crime Scene unit responded and processed the postal vehicle for evidence. A hole was found in the window on the driver's side of the vehicle as well as the steering column of the vehicle. A second hole was found in the first layer of the driver's door but did not enter the vehicle cabin. Two dents were found in the driver's side of the vehicle where a small projectile had impacted the door but did not penetrate the door itself. The driver's side window had also been shattered.
7. After speaking with the victim an area canvass was conducted where the incident took place. I met with an employee at the San Pedro Smoke Shop located at 901 San Pedro Dr SE

1

Albuquerque, NM 87008. The employee showed us the surveillance system for the business and I was able to locate video showing the following:

    a. At approximately 10:55 AM a white BMW pulls into a parking space at the business. A few moments later a male and female exit the vehicle and enter the smoke shop. The male and female match the description provided by the victim. The male and female enter the shop and make a purchase utilizing a credit card. The female appears to have a tattoo on her upper left chest, has shoulder length black hair, and was wearing jeans, a dark colored full zip hoodie with light colored text across the front, a grey colored undershirt, and light colored shoes. The male is wearing a light colored adjustable baseball hat, white t-shirt, camouflaged jacket dark pants, white belt and light colored shoes. The male and female exit the shop and re-enter the white BMW, the male entered the passenger front side and the female entered on the driver's side. After several moments the vehicle backs out and drives by the victim and the postal vehicle, and then proceeds northbound on San Pedro. The victim can be seen walking back to his vehicle immediately after the white BMW leaves and the postal vehicle exits the parking lot.

8. The San Pedro Smoke Shop employee was able to provide me with credit card receipts from around the time of the incident. These receipts were photographed and the business retained the originals.

9. The New Mexico License Plate 588 PMX returns to a white 4 door 2004 BMW registered to Linda Tenorio of P.O. Box 682 Algondones, NM 87001. A check of U.S.P.S. records shows that P.O. Box is rented to Angelina Tenorio of San Felipe Highway 313 north to El Sch turn west 5th house on left side pitched roof. I contacted Bureau of Indian Affairs Agent J. Sandoval and he stated he is very familiar with that residence. He stated that a white BMW is often parked there along with a Hummer. He stated Linda Tenorio has a daughter by the name of Montana Harper. I checked the New Mexico Motor Vehicle records for a picture of Harper and found that the photo on file for Harper appears to match the female in the video from the San Pedro Smoke Shop who was also referred to as the driver above.

10. I was able to locate what appears to be the Facebook profile for Montana Harper, with her name listed on the profile as Tana Harper. A photo of herself that she had posted on her Facebook page shows she has a tattoo on her upper left chest, matching the surveillance video obtained from the San Pedro Smoke Shop. The photo on her Facebook page and the video surveillance photo show that they are most likely the same individual.

11. On November 17, 2015, Inspector S. Herman and I met with the victim at the Highland Station in order to better determine where the incident took place in an attempt to locate additional evidence. During that interview the victim stated that he did not disclose all of the information the previous day as he was in fear of being fired for driving off of his assigned route during the incident. The victim stated the following to Inspector Herman and I:

    a. He stated when the white BMW approached the light northbound on San Pedro at Zuni the BMW turned eastbound on Zuni and he followed them. He stated the BMW then turned northbound on Louisiana, eastbound on Central and finally southbound on Alcazar. He stated he followed the vehicle until it pulled over into the loading dock of the Talin Market located just south of Central on Alcazar on the west side of the street. He stated the suspect then exited the vehicle, aimed a handgun at him and started to fire the weapon, striking his vehicle. The victim stated he immediately left the area. The victim stated he was on the phone with 911 the entire time of the incident.

12. After speaking with the victim on November 17, 2015, the victim rode with Inspector Herman and I to show us where the incident occurred. Inspector R. Calvert met us at the location and drove the victim back to Highland Station while Inspector Herman and I searched the area. Inspector Herman and I were able to locate 5 shell casings in the area where the victim stated the white BMW had pulled over and where the suspect fired the handgun. The shell casings were a 380 cartridge.

2

13. On November 17, 2015, United States Magistrate Judge William Lynch signed a Criminal Complaint for Montana Harper as authorizing her arrest for the crime of aiding and abetting in the above described assault. BIA Agents located the white BMW with New Mexico License Plate 588 PMX at a residence on the San Felipe Reservation and Homeland Security Investigations (HSI) Agents in conjunction with BIA agents setup surveillance on the vehicle. HSI Agents observed the vehicle leaving the residence and conducted a stop of the vehicle finding Ms. Harper and Mr. Alexander in the vehicle. Ms. Harper was arrested on her outstanding warrant and a silver and black Bersa Thunder 380 with 7 rounds in the magazine was recovered from her purse. HSI Agents confirmed that Mr. Alexander matched the description of the male suspect described above and detained him for questioning.

14. On November 17, 2015, Inspector Herman and I interviewed Ms. Harper at the HSI field office in Albuquerque, NM. Ms. Harper stated that while leaving the smoke shop on November 16, 2015, her boyfriend, Mr. Alexander, got into a disagreement with the victim. Ms. Harper stated her boyfriend said something to the effect of "do you want to get shot on your day off" before they left the smoke shop. While driving, the victim pulled along side her vehicle and she rolled down the window. She stated the victim asked something to the effect of "are you going to shoot me or not?" She stated her boyfriend said something to the effect of "we have to do what we have to do" and she pulled the car over stopped the vehicle. She stated Mr. Alexander exited the passenger side of the vehicle and fired his handgun at the victim in his postal vehicle. Ms. Harper also stated she knew Mr. Alexander was in possession of a firearm and that the firearm recovered from her purse was the one that Mr. Alexander had used in the incident described above. She also stated she was not sure how the firearm was put into her purse as she thought Mr. Alexander had placed it beneath the passenger seat.

15. On November 17, 2015, Inspector Herman and I interviewed Mr. Alexander at the HSI field office in Albuquerque, NM. He stated that the victim had been "mugging" him and was acting belligerent towards him. He stated that he made a comment to the effect of "you don't want to get into any trouble while you're working." He stated they left the area and the victim followed them. He stated he saw the victim talking on a cell phone and did not know who the victim was talking to and he was concerned for his girlfriend's and his unborn child's safety. He stated they pulled off into a side street near Central and Louisiana and he exited the vehicle. He stated he fired 4 rounds from his handgun. He stated he was not trying to kill the victim but that he wanted to scare the victim off.

16. Based on the information provided in this affidavit, I believe there is probable cause to believe that ~~that Montana Harper~~ *that Isaiah Alexander* [initialed PS 11/18/15], committed a violation of Title 18, United States Code, Section 111, assaulting, resisting, or impeding certain officers or employees~~, and 18 United States Code, Section 2 aiding and abetting~~. [initialed PS 11/18/15]

_Brad Specht, signature_
Brad Specht, Postal Inspector

Subscribed and sworn to before me on this the 18th day of November 2015.

_William P. Lynch, signature_
William P. Lynch
United States Magistrate Judge

3